IN THE CIRCUIT COURT, FORTH
JUDICIAL CIRCUIT, IN AND FOR
CLAY COUNTY, FLORIDA

CASE NO.: 06 CA 776 A

RAYMOND MCMAHON,

    Plaintiff,

v.

VERIZON WIRELESS POWER
PARTNERS INC. a/k/a CELLCO
PARTNERSHIP d/b/a VERIZON WIRELESS,

    Defendant.
_____/

## PLAINTIFF'S ORIGINAL COMPLAINT

COMES NOW, the Plaintiff, RAYMOND MCMAHON, by and through the undersigned attorney, Jonathan I. Rotstein, Esquire, and hereby sues Defendant, VERIZON WIRELESS POWER PARTNERS INC. a/k/a CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, and in support thereof states and alleges as follows:

### FACTS

1. This is an action for damages that exceed Fifteen Thousand Dollars ($15,000.00).

2. Plaintiff, RAYMOND MCMAHON, resides in Jacksonville, Duval County, Florida and is over the age of twenty-one (21).

3. Defendant, VERIZON WIRELESS POWER PARTNERS INC. a/k/a CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, is a business authorized and licensed to conduct business in Clay County, Florida by the Secretary of State and does conduct said business in Orange Park, Clay County, Florida.

1

4. The accident which is the subject matter of this litigation occurred in Orange Park, Clay County, Florida.

5. This Honorable Court has jurisdiction over this lawsuit in that the accident, which is the basis of this lawsuit took place in Clay County, Florida, and that this action for money damages for the Plaintiff, RAYMOND MCMAHON, exceeds Fifteen Thousand Dollars ($15,000.00) against Defendant, VERIZON WIRELESS POWER PARTNERS INC. a/k/a CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS.

<u>COUNT ONE</u>

<u>NEGLIGENCE AGAINST DEFENDANT, VERIZON WIRELESS POWER PARTNERS INC. a/k/a CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS</u>

6. That on or about May 10, 2004, the Plaintiff, RAYMOND MCMAHON, was a business invitee at Verizon Wireless store, lawfully upon the premises of the Defendant's business located at 1911-3 Wells Road, in Orange Park, Clay County, Florida.

7. At the aforesaid time and place, as the Plaintiff was talking with a sales associate, he suddenly and without warning, fell over a pole which was in the aisle, falling to the ground, striking his head, neck and back upon the counter, resulting in serious and permanent physical injury to Plaintiff.

8. At the aforesaid time and place, the Defendant owned, maintained, leased and controlled said business property where the Plaintiff fell and was injured.

9. That Florida Statute Section 768.0710(1) states:

> The person or entity in possession or control of business premises owes a duty of reasonable care to maintain the premises in a reasonably safe condition for the safety of business invitees on the premises, which includes

reasonable efforts to keep the premises free from transitory foreign objects or substances that might foreseeably give rise to loss, injury, or damage.

10.   That at the aforesaid time and place, Defendant, VERIZON WIRELESS POWER PARTNERS INC. a/k/a CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, breached that duty of care by:

a)   negligently failing to exercise reasonable care in the maintenance, inspection, repair, warning, or mode of operation of the business premises.

b)   failing to warn the Plaintiff of a dangerous condition which the Defendant knew or should have known by reasonable care existed or which had existed for a sufficient length of time so that the Defendant should have known of it.

11.   That at the aforesaid time and place, the Defendant knew or should have known by the use of reasonable care, that said walking aisle was not clear and a pole in the middle of the walking aisle caused a dangerous condition and that the condition of the walking aisle was known to the Defendant or had existed for a sufficient length of time so that the Defendant should have known of it prior to the incident which is the subject matter of this litigation.

12.   That at the aforesaid time and place, the Defendant negligently failed to maintain their premises in a reasonably safe condition of which the Defendant either knew or should have known by the use of reasonable care, and negligently failed to warn the plaintiff of a dangerous condition concerning which the Defendant had or should have had knowledge greater than that of the Plaintiff or take any action to prevent the incident which is the subject matter of this complaint, to wit: failed to give warning of the pole in the walking aisle, or in the alternative, failed to remove the pole to a safe place.

3

13. That as a direct and proximate result of the aforedescribed careless, wrongful and negligent acts of the Defendant, VERIZON WIRELESS POWER PARTNERS INC. a/k/a CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, the Plaintiff, RAYMOND MCMAHON, has been permanently and seriously injured and bruised in and about his neck, back, joints and limbs, suffering physical pain and suffering in the past and indefinitely into the future, suffering mental pain in the past and indefinitely into the future, losing the capacity for the enjoyment of life in the past and indefinitely into the future, incurring medical and hospital bills for his care and treatment in the past and into the indefinite future, suffering aggravation of a pre-existing injury; all in an amount exceeding Fifteen Thousand Dollars ($15,000.00), against the Defendant.

WHEREFORE, Plaintiff, RAYMOND MCMAHON, demands judgment for damages and costs in an amount exceeding Fifteen Thousand Dollars ($15,000.00), against Defendant, VERIZON WIRELESS POWER PARTNERS INC. a/k/a CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, plus costs of the court and trial by jury.

Dated this 8th day of August, 2006.

Respectfully submitted,

JONATHAN I. ROTSTEIN, ESQUIRE
Law Offices of Rotstein & Shiffman, LLP
309 Oakridge Blvd., Suite B
Daytona Beach, FL 32118
(904) 252-5560 (bw)
Florida Bar No.: 909580
ATTORNEY FOR PLAINTIFF